RICHARD P. RISDON, Respondent, *v.* LUTGARDA ANGARICA DE LA RUA, as Executrix, etc., Appellant.

*19 J + 8, 63 affirmed*

*John H. Post* for appellant.

*Stilwell & Swain* for respondent.

Agree to affirm, on opinion, in court below.
All concur.
Judgment affirmed.

---

THE PEOPLE, ex rel. JAMES R. JESUP, Appellant, *v.* JOHN KELLY et al., Commissioners, etc., Respondents.

(Argued March 3, 1885 ; decided March 10, 1885.)

*33 Hun 389 affirmed*

*John C. Shaw* for appellant.

*J. A. Beall* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

FRANK D. CRIM et al., Executors, etc., Respondents, *v.* RUFUS G. STARKWEATHER, Impleaded, etc., Appellant.

(Submitted March 3, 1885; decided March 10, 1885.)

*32 Hun 350 affirmed*

*George W. Smith* for appellant.

*William Kernan* for respondents.

Agree to affirm ; no opinion.
All concur, except EARL, J., not voting.
Order affirmed.